FILED
October 20, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:06-cr-58 FCD
Plaintiff, )
v. )   ORDER FOR RELEASE
)   OF PERSON IN CUSTODY
Jagdip Singh Sekhon, )
)
_____ )
Defendant.

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  Jagdip Singh Sehon   Case  2:06-cr-58 FCD  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __X__    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    __    Unsecured bond

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    __X__    (Other)  PTS conditions/supervision

Issued at  Sacramento, CA  on 10/20/06  at  2:25 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge