DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JAGDIP SINGH SEKHON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>JAGPRIT SEKHON, et al.,<br><br>                    Defendants. | **Cr. S-06-0058 FCD**<br><br>**STIPULATION SETTING HEARING ON PETITION TO UNSEAL ATTACHMENT B APPLICANTS AND ORDER** |

    IT IS HEREBY STIPULATED between the United States of America, through its attorneys of record, Benjamin B. Wagner and Camil A. Skipper, Assistant U.S. Attorneys; and, all defendants, through their designee, attorney for defendant Jagdip Singh Sekhon, David W. Dratman, that a hearing before the Honorable Gregory G. Hollows, United States Magistrate Judge, on the Government's Petition to Unseal Attachment B applicants,

//
//
//
//
//

**STIPULATION SETTING HEARING ON PETITION TO UNSEAL ATTACHMENT B APPLICANTS AND [PROPOSED] ORDER**
*United States v. Jagprit Sekhon, et al.*
**[CR. S-06-0058 FCD]**

1  //

2  be set for May 30, 2007 at 10:00 a.m.

3

4  Dated:  May 14, 2007                          /s/David W. Dratman         *
                                                 DAVID W. DRATMAN
5                                                Attorney for Defendant
                                                 JAGDIP SINGH SEKHON
6                                                *On behalf of all defendants

7  Dated: May 14, 2007                           McGREGOR W. SCOTT
                                                 UNITED STATES ATTORNEY
8

9                                                By:/s/ Benjamin B. Wagner *
                                                 BENJAMIN B. WAGNER
10                                               CAMIL A. SKIPPER
                                                 Assistant U.S. Attorneys
11                                               *Signed with permission

12

13                                       ORDER

14       It is so ordered.

15  Dated: 5/16/07
                                                 /s/ Gregory G. Hollows
16                                               _____
                                                 HON. GREGORY G. HOLLOWS
17                                               United States Magistrate Court Judge

18  sekhon.ord3

19

20

21

22

23

24

25

26

27

28  **STIPULATION SETTING HEARING ON PETITION TO UNSEAL ATTACHMENT B APPLICANTS AND [PROPOSED] ORDER**
*United States v. Jagprit Sekhon, et al.*
**[CR. S-06-0058 FCD]**

- 2 -