BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:06-CR-00058 FCD |
|---|---|
| Plaintiff, | ) ORDER CONTINUING FORFEITURE TRIAL |
| v. | ) Date: Thursday, June 3, 2010<br>) Time: 9:00 a.m. |
| JAGDIP SEKHON, et al., | ) Court: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) |

The parties request that the forfeiture trial currently set to continue on Thursday, June 3, 2010, at 9:00 a.m., be continued to Thursday, June 24, 2010, at 1:30 p.m.  The reason for this request is to allow the government and defense counsel to gather and review over 500 memos prepared by the Asylum Office that relate to many of the cases implicated in the forfeiture trial.

///
///
///
///
///
///
///
///

1

1 | The parties are also engaged in settlement negotiations and
2 | believe an agreement may be possible prior to June 24, 2010.

DATED: June 2, 2010   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney


By:   */s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney

DATED: June 2, 2010   */s/ Kyle Reardon for*
DAVID W. DRATMAN
Counsel for the defendant


**O R D E R**

APPROVED AND SO ORDERED.

DATED: June 4, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE