BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
KYLE REARDON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CR-00058-FCD |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER FOR |
| ) | MONEY JUDGMENT |
| v. ) | |
| ) | |
| JAGDIP SINGH SEKHON, et al., ) | |
| ) | |
| Defendants. ) | |

On June 25, 2009, defendant Jagdip Singh Sekhon was found guilty of Count One which charges him with Conspiracy to Defraud the United States, and to Make False Statements in Asylum Applications in violation of 18 U.S.C. § 371.

On September 24, 2010, the Court entered a Forfeiture Trial Ruling regarding a money judgment against defendant Jagdip Singh Sekhon. The Court determined that there were a total of $690,590.00 in asylum fraud proceeds, which amount shall be credited with $210,000.00[1].

---

[1] The $210,000.00 being credited represents the money judgments that have been entered in this case against defendants Jagprit Singh Sekhon and Iosif Caza.

1                                    Application and Order
                                      for Money Judgment

1. Plaintiff hereby applies for entry of a money judgment as follows:

    a. Pursuant to 18 U.S.C. § 982(a)(6)(A)(ii)(I) and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Jagdip Singh Sekhon in the amount of $480,590.00.

    b. The above-referenced personal forfeiture money judgment is imposed based on defendant Jagdip Singh Sekhon's conviction for violating 18 U.S.C. § 371 and the Court's Forfeiture Trial Ruling. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

2. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to Customs and Border Protection and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.

DATED: 9/30/10
        BENJAMIN B. WAGNER
        United States Attorney

        /s/ Camil A. Skipper
        CAMIL A. SKIPPER
        Assistant U.S. Attorney

///
///
///
///
///
///
///
///

# **O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Jagdip Singh Sekhon in the amount of $480,590.00.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

IT IS SO ORDERED.

DATED: October 4, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE