DENNIS P. RIORDAN, State Bar No. 69320
DONALD M. HORGAN, State Bar No. 121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorneys for Defendant
JAGDIP SINGH SEKHON

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00058 JAM |
| Plaintiff, | |
| | **STIPULATION TO CONTINUE REMAND HEARING;  ORDER** |
| -vs- | |
| JAGDIP SINGH SEKHON | |
| Defendant. | |

    Counsel for defendant Jagdip Sekhon having requested a continuance of the hearing on the government's remand motion based on the extraordinary press of business in defense counsel's office, the parties hereby stipulate to the continuance of that hearing from August 26th at 9:30 a.m. to September 23rd at 9:30 a.m.

//

//

//

1

1 | IT IS SO STIPULATED:

3 | Dated: August 14, 2014  /s/ Dennis P. Riordan
  | DENNIS P. RIORDAN

6 | Dated: August 14, 2014  /s/ Camil A. Skipper
  | CAMIL A. SKIPPER

## **ORDER**

IT IS HEREBY ORDERED that the remand hearing scheduled for August 26, 2014 at 9:30 a.m. be continued to September 23, 2014 at 9:30 a.m.

Dated: 8/14/2014

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge