DENNIS P. RIORDAN, State Bar No. 69320
DONALD M. HORGAN, State Bar No. 121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorneys for Defendant
JAGDIP SINGH SEKHON

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> -vs- <br><br> JAGDIP SINGH SEKHON, et al., <br><br> Defendants. | No. CR 06-00058 JAM <br><br> **STIPULATION AND ORDER TO REMAND DEFENDANT JAGDIP SEKHON** |

    Good cause having been demonstrated, the parties stipulate that the Court shall order defendant Jagdip Sekhon remanded to the custody of the Bureau of Prisons to resume serving his sentence of sixty months in this matter. Because Mr. Sekhon must be redesignated to a B.O.P. facility, the parties further stipulate that Mr. Sekhon shall be permitted to remain at large until November 4th to permit redesignation. Finally, Mr. Sekhon requests that the Court recommend

//

1

to the B.O.P. that he be redesignated to FPC Atwater, where he was previously confined prior to being released on bail pending resolution of his appeal in this matter.

    IT IS SO STIPULATED.

Dated: September 15, 2014            RIORDAN & HORGAN

                                             /s/ Dennis P. Riordan
                                             DENNIS P. RIORDAN

                                             Attorney for Defendant
                                             JAGDIP SEKHON

Dated: September 15, 2014            UNITED STATES ATTORNEY'S OFFICE

                                             /s/ Camil Skipper
                                             CAMIL SKIPPER
                                             Assistant U.S. Attorney

## **ORDER**

    Good cause appearing,

    IT IS HEREBY ORDERED that defendant shall surrender to the custody of the Bureau of Prisons on November 4, 2014. The Court recommends the defendant to be designated to FPC Atwater.

Dated: 9/16/2014                            /s/ John A. Mendez
                                           HONORABLE JOHN A. MENDEZ
                                           United States District Court Judge