KAMARDEEP SINGH ATHWAL (SBN #241025)
JAY GORDON ROADARMEL (SBN # 166894)
P.O. BOX 747
Fairfield, CA 94533
Telephone:     (408) 821-2635
E-Mail:          athwallaw@gmail.com

*Attorneys for Defendant-Movant,*
*JAGDIP SINGH SEKHON*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAGDIP SINGH SEKHON,<br>Defendant-Movant. | Case No.: CR06-00058 JAM (EFB)<br><br>[~~PROPOSED~~] ORDER |

Defendant–movant's motion to extend the deadline two weeks, fourteen days, for filing his reply in support of his motion pursuant to § 28 U.S.C. §2255 is hereby **GRANTED**. Defendant–movant's reply is now due on August 4, 2016.

IT IS SO ORDERED.

Dated: July  11 , 2016

_____
EDMUND F. BRENNAN
U.S. DISTRICT COURT MAGISTRATE JUDGE