UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-0058-JAM-EFB P |
| Respondent, | |
| v. | ORDER |
| JAGDIP SINGH SEKHON, MANJIT KAUR RAI, | |
| Movants. | |

Movants Jagdip Singh Sekhon and Manjit Kaur Rai have filed motions to vacate, set aside, or correct their sentences pursuant to 28 U.S.C. § 2255.[1] ECF Nos. 622, 627. After reviewing their pleadings and the government's response, this court determined that an evidentiary hearing was warranted. ECF No. 671. That hearing was set for December 5, 2016. *Id.* Now, both movants have filed motions to reschedule that hearing and to appoint counsel.[2] ECF Nos. 674, 675. In light of the complexity of the legal issues involved and the fact that an

---

[1] These motions were assigned, for statistical purposes, the following civil case numbers: No. 2:15-cv-2491-JAM-EFB and No. 2:16-cv-00067-JAM-EFB.

[2] Rai has not previously been represented by counsel. Sekhon has been represented *pro bono* by attorneys Jay Roadarmel and Kamardeep Singh Athwal – both of whom have filed affidavits stating that they lack the requisite experience to represent Sekhon any further in this matter. ECF Nos. 674-1, 674-4.

1

evidentiary hearing is required, the court has determined that the interests of justice require appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983); *United States v. Duarte-Higareda*, 68 F.3d 369, 370 (9th Cir. 1995).

Accordingly, IT IS HEREBY ORDERED that:

1. Movants' motions to reschedule the evidentiary hearing and appoint counsel (ECF Nos. 674-675) are GRANTED.

2. The evidentiary hearing set for December 5, 2016 has previously been vacated. *See* ECF No. 676.

3. The Federal Defender is appointed to represent movants.

4. The Clerk of Court is directed to serve a copy of movant's motions (ECF Nos. 622, 627), the November 17, 2016 order (ECF No. 671) and this order on zzCAEml_Appointments_Habeas@FDO.

5. A status conference is set for January 23, 2017 at 10:00 a.m. in Courtroom No. 8.

6. All parties shall appear at the status conference by counsel.

7. Fourteen days prior to the conference, the parties shall file and serve status reports which address the timing and order of the following matters:

    a. Discovery and investigations;

    b. Anticipated motions;

    c. The need for and timing of an evidentiary hearing – including availability of witnesses;

    d. Possible future amendments to the pleadings.

8. The parties are advised that failure to timely file a status report may result in sanctions.

DATED: November 30, 2016.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE