UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-0058-JAM-EFB |
| Respondent, | |
| v. | ORDER |
| JAGDIP SINGH SEKHON, MANJIT KAUR RAI, | |
| Movants. | |

Pursuant to the parties' joint status report (ECF No. 692) and for the reasons stated therein, IT IS HEREBY ORDERED that:

1. The status conference scheduled for March 20, 2017 at 10:00 a.m. is VACATED. A status conference is set for June 19, 2017.

2. Fourteen days prior to the conference, the parties shall file and serve status reports which address the timing and order of the following matters:

    a. Discovery and investigations;

    b. Anticipated motions;

    c. The Need for and timing of an evidentiary hearing – including the availability of witnesses; and

    d. Possible future amendments to the pleadings.

1

3. The parties are advised that failure to timely file a status report may result in sanctions.

Dated: March 7, 2017

Hon. Edmund F. Brennan
Chief United States Magistrate Judge