**ERIN J. RADEKIN**
**STATE BAR NO. 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Fax: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Movant
JAGDIP SINGH SEKHON

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent<br><br>v.<br><br>JAGDIP SINGH SEKHON and MANJIT KAUR RAI,<br><br>Movants. | NO. 2:06-CR-0058-JAM-EFB<br><br>**REQUEST TO SEAL EXHIBITS IN SUPPORT OF MOVANT JAGDIP SEKHON'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 [~~PROPOSED~~] ORDER** |

Pursuant to Local Rule 141(b), movant, JAGDIP SINGH SEKHON, by and through his counsel, Erin J. Radekin, respectfully requests an order sealing movant's Exhibits A through E, CR 622-2 and 622-3, in support of his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, CR 622.

The basis for such motion is that Exhibit E, the immigration file of government witness Ranbir Khera, contains personal identifiers and other confidential information. Exhibit E was originally filed, unredacted and unsealed, in two parts. The first part was filed with Exhibits A through D at CR 622-2;

the remainder was filed at CR 622-3. Movant thus requests that both CR 622-2 and 622-3 be sealed, as they both contain personal and confidential information pertaining to Mr. Khera. That is, he requests this Court order that CR 622-2 and 622-3 be no longer accessible on the ECF system.

The Court may order documents to be filed under seal. While the press and the public have a presumed right of access to court proceedings and documents under the First Amendment, this presumed right is not absolute. See *Press-Enterprise Co. v. Superior Court*, (1985) 464 U.S. 501, 50-9-510. It can be overcome based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest. *Id.* at p. 510. From the Court's perspective, the controlling interest is to be articulated with findings specific enough that a reviewing court can determine whether the closure order was properly entered. *Ibid*.

Here, the movant seeks to seal the above-referenced documents to protect Mr. Khera's confidential information.

Dated: October 25, 2017                      Respectfully submitted

/s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Movant
JAGDIP SINGH SEKHON

**ORDER**

Pursuant to Local Rule 141(b), and based upon the representation contained in movant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, movant's Exhibits A through E in support of the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, CR 622-2 and 622-3, are temporarily sealed. IT IS FURTHER ORDERED THAT within 14 days from the date of this order, movant shall file properly redacted copies of ECF Nos. 622-2 and 622-3 in accordance with Local Rule 140(a).

Dated: October 26, 2017

_____
HON. EDMUND F. BRENNAN
Chief United States Magistrate Judge