**ERIN J. RADEKIN**
**STATE BAR NO. 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Fax: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Movant
JAGDIP SINGH SEKHON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent<br><br>v.<br><br>JAGDIP SINGH SEKHON and MANJIT KAUR RAI,<br><br>Movants. | NO. 2:06-CR-0058-JAM-EFB<br><br>**REQUEST TO SEAL EXHIBIT A IN SUPPORT OF SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DESPOSE RANBIR KHERA; [PROPOSED] ORDER** |

    Pursuant to Local Rule 141(b), movant, JAGDIP SINGH SEKHON, by and through his counsel, Erin J. Radekin, respectfully requests an order sealing movant's Exhibit A in support of his supplemental brief in support of the motion to depose Ranbir Khera, ECF No. 716-1.

    The basis for such motion is that Exhibit A contains the telephone numbers and address listed for a government witness. The unredacted exhibit was filed for the purpose of demonstrating the good faith efforts of the defense to contact the witness.

    The Court may order documents to be filed under seal. While the press and the public have a

presumed right of access to court proceedings and documents under the First Amendment, this presumed right is not absolute. See *Press-Enterprise Co. v. Superior Court*, (1985) 464 U.S. 501, 50-9-510. It can be overcome based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest. *Id*. at p. 510. From the Court's perspective, the controlling interest is to be articulated with findings specific enough that a reviewing court can determine whether the closure order was properly entered. *Ibid*.

Here, the movant seeks to seal the above-referenced documents to protect Mr. Khera's confidential information.

Dated: November 30, 2017                                Respectfully submitted,

                                                 /s/ Erin J. Radekin
                                                 ERIN J. RADEKIN
                                                 Attorney for Movant
                                                 JAGDIP SINGH SEKHON

**ORDER**

Pursuant to Local Rule 141(b), and based upon the representation contained in movant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, Exhibit A in support of the supplemental brief in support of the motion to depose witness Ranbir Khera, ECF No. 716-1, is temporarily sealed. IT IS FURTHER ORDERED THAT within 7 days from the date of this order, movant shall file a properly redacted copy of ECF No. 716-1 in accordance with Local Rule 140(a).

Dated: December 1, 2017

                                                 EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE