UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JAGDIP SINGH SEKHON, MANJIT KAUR RAI,<br><br>Movants. | No. 2:06-cr-0058-JAM-EFB P<br><br><br><br>ORDER |

On January 17, 2018, movant Jagdip Singh Sekhon sought leave to amend his section 2255 motion. ECF No. 730. Movant Sekhon also submitted his proposed amended motion on that date. ECF No. 731. On February 15, 2018, the government filed a statement of non-opposition and requested that the proposed amended motion at ECF No. 731 be deemed movant Sekhon's operative motion. ECF No. 734.

Based on the foregoing it is ORDERED that:

1. Movant Jagdip Sekhon's Motion for Leave to Amend his § 2255 Motion (ECF No. 730) is GRANTED; and
2. The Amended Motion to Vacate (ECF No. 731) shall be Sekhon's operative motion going forward.

DATED: February 21, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE