UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>v.<br><br>JAGDIP SINGH SEKHON, MANJIT KAUR RAI,<br><br>    Movants. | No. 2:06-cr-0058-JAM-EFB P<br><br><br>ORDER AFTER HEARING |

On March 21, 2018, this action was on calendar for hearing on movant Sekhon's Motion for Interrogatories (ECF No. 737) and movant Rai's Motion for Interrogatories (ECF No. 733), Motion for Deposition (ECF No. 735), and Motion to Compel Deposition (ECF No. 738). Attorney Erin Radekin appeared on behalf of movant Sekhon; Attorney Kresta Daly appeared on behalf of movant Rai. Assistant United States Attorney Jeremy Kelley appeared on behalf of respondent. After further consideration and for the reasons stated on the record, IT IS HEREBY ORDERED that:

    1. As to Rai's Motion for Interrogatories (ECF No. 733), the parties shall meet and confer to determine which, if any, of Rai's proposed interrogatories (ECF No. 744-

1

1. 4), remain unanswered in light of the Guadamuz declaration filed March 16, 2018 (ECF No. 745, Ex. 35), and whether Guadamuz can respond to those interrogatories through a supplemental declaration. Any request for further responses to Rai's proposed interrogatories must be filed no later than April 11, 2018.
2. As to Sekhon's Motion for Interrogatories (ECF No. 737):
    a. The parties shall meet and confer to determine whether Villalon can respond to Sekhon's proposed interrogatory numbers 1-3 through a declaration. Any request for further responses to those interrogatories must be filed no later than April 11, 2018.
    b. The parties shall meet and confer to determine whether the Guadamuz declaration is responsive to interrogatory numbers 4-7, and if not, whether Guadamuz can respond to those interrogatories through a supplemental declaration. Any request for further responses to interrogatory numbers 4-7 must be filed no later than April 11, 2018.
    c. The motion is DENIED with respect to interrogatory numbers 8-12.
3. Rai's Motion for Deposition (ECF No. 735) is DENIED.
4. Rai's Motion to Compel Deposition (ECF No. 738) is GRANTED in part.
    a. Ranbir Khera is ORDERED to personally appear on April 18, 2018 at 10:00 a.m. in Courtroom No. 8, and show cause why he should be sanctioned for his failure to appear at his deposition.
    b. Failure to appear as ordered may result in the issuance of a bench warrant.
    c. Kelly Babineau,[1] counsel for Mr. Khera, is ordered to provide him with notice of this order.

/////

/////

---

[1] Ms. Babineau was present at the March 21, 2018 hearing.

d. The Clerk of the Court shall serve a copy of this order on Ms. Babineau at kbabineau@klblawoffice.net.

DATED: April 3, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE