Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
MANJIT KAUR RAI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Respondent, <br> v. <br> JAGDIP SEKHON AND MANJIT KAUR RAI, <br> Movants. | Case No. 2:06-CR-00058-JAM-EFB <br><br> **STIPULATION AND [PROPOSED] ORDER** |

This court previously ordered Petitioners Sekhon and Rai's replies to the Government's Response to Petitioner's Amended Habeas Petitions filed no later than April 13, 2018. Petitioners require additional time to file their replies and request the deadline be extended to April 27, 2018. The government does not object.

The court further ordered the parties meet and confer to determine whether Villalon can respond to Sekhon's proposed interrogatories and file any further responses to those interrogatories by April 11, 2018. During the hearing, the government indicated it would provide a declaration from Villalon prior to April 11, 2018. Despite diligent efforts to obtain that declaration, the government has not yet been able to do so. The government currently estimates the declaration from Villalon will be provided to Petitioners the week of April 9, 2018. Petitioners will not have sufficient time to review the declaration, determine if additional interrogatories are required, meet and confer with the

government, and, if necessary, file a request for further responses by April 11, 2018. The parties agree Petitioners should be allowed to file their further responses no later than April 27, 2018.

Dated: April 4, 2018    BARTH DALY LLP

By /s/ Kresta Nora Daly
    KRESTA NORA DALY
    Attorney for Manjit Rai

Dated: April 4, 2018

By /s/ Kresta Nora Daly for
    Erin Radekin
    Attorney for Jagdip Sekon

Dated: April 4, 2018

By /s/ Kresta Nora Daly for
    Jeremey Kelley
    Assistant United States Attorney

## ORDER

Good cause appearing, the deadline for ~~Petitioners~~ movants to file their replies to the Government's Response to ~~Petitioner's~~ movants' amended ~~habeas petition~~ § 2255 motion is extended to April 27, 2018. The deadline for ~~Petitioners~~ movants to file a request for further responses to interrogatories is extended to April 27, 2018.

Dated: April 10, 2018.

Hon. Edmund F. Brennan
U.S. Magistrate Judge

{00024465}