UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JAGDIP SINGH SEKHON, MANJIT KAUR RAI,<br><br>Movants. | No. 2:06-cr-0058-JAM-EFB P<br><br>ORDER AFTER HEARING |

On June 20, 2018, this action was on calendar for further hearing on the order to Ranbir Khera to personally appear before it and show cause why he should not be sanctioned for failure to appear at his deposition. ECF No. 756. Attorney Kresta Daly appeared on behalf of movants Rai and Sekhon.[1] Assistant United States Attorney Jeremy Kelley appeared on behalf of respondent. Attorney Kelly Babineau appeared on behalf of Mr. Khera. Mr. Khera was not present himself and Ms. Babineau represented that, though she had sent e-mails to him, she had not had any contact with him. She stated that she was unsure if Mr. Khera had been made aware of the court's order directing his personal appearance at this hearing.

/////

---

[1] Ms. Daly appeared on behalf of attorney Erin Radekin as counsel for Mr. Sekhon.

1

For the reasons stated on the record, IT IS HEREBY ORDERED that:

1. Movants shall have until the next hearing in this matter – currently scheduled for August 15, 2018- to determine the feasibility of deposing Mr. Khera by way of telephone or video-conference. If movants find that such a deposition is feasible, they should come to the August hearing prepared to set a date certain by which that deposition is to be accomplished;
2. The further hearing on the show cause order entered on April 3, 2018 (ECF No. 749) and directed at Mr. Khera is set for August 15, 2018, at 10:00 a.m.; and
3. The Clerk of Court shall serve a copy of this order on Ms. Babineau at kbabineau@klblawoffice.net.

DATED: June 25, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE