UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>JAGDIP SINGH SEKHON, MANJIT KAUR RAI,<br><br>    Movants. | No. 2:06-cr-0058-JAM-EFB P<br><br><br>ORDER AFTER HEARING |

On August 15, 2018, this action was on calendar for hearing. Two motions were heard – one to squash a subpoena by the government (ECF No. 759) and one to take depositions by movant Rai (ECF No. 761). Additionally, the court ordered Ranbir Khera to personally appear and show cause why he should not be sanctioned for failure to appear at his deposition. Attorney Erin Radekin appeared on behalf of movant Sekhon; Attorney Kresta Daly appeared on behalf of movant Rai. Assistant United States Attorney Jeremy Kelley appeared on behalf of the government. Attorney Kelly Babineau appeared on behalf of Mr. Khera. Mr. Khera was not present and thus, non-compliant with the court's show-cause order. Ms. Babineau represented that, as before, she had not had any recent contact with him.

/////

1

For the reasons stated on the record, IT IS HEREBY ORDERED that:

1. The government's motion to quash (ECF No. 759) is GRANTED in part;
    a. Recognizing the necessity of narrowing the scope of the subpoena, the court directs the parties to meet and confer for that purpose. The parties should discuss how to formulate a request for a class (or classes) of documents – more limited than one for an entire A-file – which relate to the question of whether Agent Webster made recommendations, had input, or in any other way influenced the immigration status of the individuals whose A-files were sought in the original subpoena; and
    b. The efforts detailed in the foregoing paragraph are to be completed by September 5, 2018 and the motion to quash is denied in all other respects.
2. The motion to depose (ECF No. 761) is DENIED;
    a. Movants Rai and Sekhon[1] may, however, submit written interrogatories to Mr. Wagner, Ms. Skipper, and Mr. Reardon as to the issues of: (1) what steps they took to investigate Judge Damrell's concerns about Ranbir Khera's favorable status adjustment; and (2) what information (if any) their investigative efforts unearthed.
3. The show-cause order entered on April 3, 2018 (ECF No. 749) and directed at Mr. Khera is continued through October 1, 2018. He is directed to personally appear on that date, at 10:00 a.m. and in Courtroom No. 8, and show cause why he should not be sanctioned for his failure to appear at his deposition;
4. One week in advance of the October 1, 2018 hearing, the parties shall – either separately or jointly – file written status reports with the court addressing their readiness to proceed to an evidentiary hearing; and

/////

/////

---

[1] The court notes that, in a memorandum filed on August 8, 2018 (ECF No. 773), movant Sekhon joined movant Rai's motion for deposition. *Id.* at 1.

5. The Clerk of Court shall serve a copy of this order on Ms. Babineau at kbabineau@klblawoffice.net.

DATED: August 16, 2018.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3