UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    vs.<br><br>JAGDIP SINGH SEKHON, MANJIT KAUR RAI<br><br>    Movants. | No. 2:06-cr-0058-JAM-EFB P<br><br><br>ORDER |

Pursuant to the parties' stipulation (ECF No. 794) and for the reasons stated therein, IT IS HEREBY ORDERED that hearing on Movant Sekhon's Motion for Discovery (ECF No. 792) currently set for December 12, 2018, is continued to January 9, 2019, at 10:00 a.m. in Courtroom No. 8.

DATED: December 4, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE