| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | AMY SCHULLER HITCHCOCK |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
|   | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-00058-JAM-EFB |
|---|---|
| Plaintiff, | STIPULATED AND [PROPOSED] ORDER REGARDING EVIDENTIARY HEARING |
| v. | |
| MANJIT KAUR RAI and JAGDIP SINGH SEKHON, | |
| Defendants. | |

1. By previous order, this matter was set for an evidentiary hearing on October 15, 2019. ECF 807. By this stipulation, the parties now move to vacate this date and re-set the evidentiary hearing to commence on December 2, 2019.

2. The parties also respectfully wish to amend the previously provided estimate of three days, and now estimate that this evidentiary hearing will take approximately five court days.

3. Additionally, the parties propose the following disclosure and briefing schedule in advance of the evidentiary hearing:

    Witness Lists:

        Petitioners: October 4, 2019 (60 days prior to hearing)

        United States: October 24, 2019 (40 days prior to hearing)

    Exhibit Lists:

        All parties: November 13, 2019 (20 days prior to hearing)

Motions in Limine:

    Motions: November 3, 2019 (30 days prior to hearing)

    Responses: October 24, 2019 (20 days prior to hearing)

    Replies: November 22, 2019 (10 days prior to hearing)

Trial briefs:

    Petitioners: November 19, 2019 (14 days prior to hearing)

    United States: November 26, 2019 (7 days prior to hearing)

IT IS SO STIPULATED.

Dated: June 28, 2019        McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ AMY SCHULLER HITCHCOCK
                                    AMY SCHULLER HITCHCOCK
                                    Assistant United States Attorney

Dated: June 28, 2019        /s/ KRESTA NORA DALY
                                    KRESTA NORA DALY
                                    Counsel for Defendant
                                    Manjit Rai

Dated: June 28, 2019        /s/ ERIN RADKIN
                                    ERIN RADKIN
                                    Counsel for Defendant
                                    Jagdip Sekhon

### [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 2nd day of July, 2019.

                                  THE HONORABLE EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE