IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAGDIP SEKHON AND MANJIT KAUR RAI,<br><br>Defendants. | Case No. 2:06-CR-00058-JAM<br><br>**STIPULATION AND [PROPOSED]<br>ORDER** |

This Court previously ordered an evidentiary hearing in this matter to commence on December 2, 2019. That order was contained as part of a stipulation and proposed order. The stipulation contained an error the parties seek to correct. Specifically, in ECF 811, page 2, lines 1-4 set forth the dates for motions in limine, responses and replies. In the stipulation the responses are due before the motions in limine. The parties propose the following amended schedule:

Motions in Limine:

    Motions:      November 2, 2019 [30 days prior to hearing]

    Responses:   November 12, 2019 [20 days prior to hearing]

    Replies:       November 22, 2019 [10 days prior to hearing]

All other dates in ECF 811 are to remain unchanged.

////

////

////

1

| | | |
|---|---|---|
| Dated: August 19, 2019. | BARTH DALY LLP | |
| | By /s/ Kresta Nora Daly | |
| | KRESTA NORA DALY | |
| | Attorney for Manjit Rai | |
| Dated: August 19, 2019. | | |
| | By /s/ Kresta Nora Daly for | |
| | ERIN RADEKIN | |
| | Attorney for Jagdip Sekhon | |
| Dated: August 19, 2019. | | |
| | By /s/ Kresta Nora Daly for | |
| | AMY HITCHCOCK | |
| | Assistant United States Attorney | |

**ORDER**

**IT IS SO ORDERED.**

Dated: August 20, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2