IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANJIT KAUR RAI and JAGDIP SINGH SEKHON,<br><br>Defendants. | CASE NO. 2:06-CR-00058-JAM-EFB<br><br>STIPULATED AND [PROPOSED] ORDER TO VACATE HEARING SCHEDULE AND SET STATUS |

1. By previous order, this matter was set for an evidentiary hearing on December 2, 2019. ECF 811. A related pre-hearing briefing schedule was also set by this Court. ECF 811, 813. By this stipulation, the parties now jointly agree and request that the Court vacate the hearing date and related briefing schedule, and set a status before this Court on November 13, 2019, at 10:00 a.m.

2. The reason for this request is that the parties require more time to meet and confer regarding discovery, and to file related motions if necessary. Additionally, the parties have recently received notice from Ranbir Khera's counsel that he desires to return to the United States and thus may be, or may become, available to testify, and the petitioners desire more time to investigate this development.

3. The parties request a status conference before the Court on November 13, 2019, to inform the Court of additional information learned regarding Mr. Khera, to discuss the status of discovery, and to set any further dates as appropriate.

1

IT IS SO STIPULATED.

Dated: October 4, 2019         McGREGOR W. SCOTT
                               United States Attorney

                               /s/ AMY S. HITCHCOCK
                               AMY S. HITCHCOCK
                               Assistant United States Attorney

Dated: October 4, 2019         /s/ KRESTA NORA DALY
                               KRESTA NORA DALY
                               Counsel for Defendant
                               Manjit Rai

Dated: October 4, 2019         /s/ ERIN RADKIN
                               ERIN RADKIN
                               Counsel for Defendant
                               Jagdip Sekhon

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 8th day of October, 2019.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE