IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-00058-JAM-EFB |
|---|---|
| Respondent, | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING |
| v. | |
| MANJIT KAUR RAI and JAGDIP SINGH SEKHON, | |
| Movants. | |

The United States and Movants Manjit Kaur Rai and Jagdip Singh Sekhon respectfully submit this stipulation and proposed order requesting a revised briefing schedule for recently-filed discovery motions, set to be heard by this Court on March 11, 2020. The parties agree and stipulate as follows:

1. By previous order, the Court adopted the parties' proposed briefing schedule for discovery motions in the above-captioned matter. ECF 820. Specifically, the Court ordered that the parties would file their respective discovery motions, as well as the government's objections to production of certain A-file documents, on February 5, 2020. ECF 820 at ¶ 3-4. Responses to these filings would be due on February 19, 2020, and replies in support of the respective filings would be due on February 26, 2020. ECF 820 at ¶ 3-4. The hearing for these motions, and for the government's objections to production of certain A-File documents, is set for March 11, 2020. ECF 820 at ¶ 3-4.

2. Pursuant to this scheduling Order, on February 5, 2020 the United States filed a motion for discovery (ECF 822), lodged certain A-File documents for in camera review, and filed objections to the production of these documents (ECF 821). Movant Sekhon also filed a motion for discovery (ECF 823), which attached Exhibits A-H (ECF 824-825) and proposed requests for admissions (826). Movant Rai filed a joinder to Sekhon's motion for discovery (ECF 827).

/////

1

3. By this stipulation, the parties request that the briefing schedule be slightly modified to allow additional time for preparation, so that responses to these filings are due **February 25, 2020**, and replies in support of these filings are due **March 3, 2020.** The hearing date shall remain as set on March 11, 2020. This proposed modification will still provide eight days between the submission of all briefing and the hearing date.

4. All other dates included in the Court's previous order will remain as set.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: February 18, 2020
McGREGOR W. SCOTT
United States Attorney

/s/ AMY S. HITCHCOCK
AMY S. HITCHCOCK
Assistant United States Attorney

Dated: February 18, 2020
/s/ KRESTA NORA DALY
KRESTA NORA DALY
Counsel for Petitioner
Manjit Rai

Dated: February 18, 2020
/s/ ERIN RADKIN
ERIN RADKIN
Counsel for Petitioner
Jagdip Sekhon

# [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 18th day of February, 2020.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE