BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAGDIP SEKHON and<br>MANJIT KAUR RAI,<br><br>Defendants. | Case No. 2:06-CR-00058-JAM<br><br>**LETTER OF REQUEST UNDER THE HAGUE CONVENTION TO RANBIR KHERA IN THE REPUBLIC OF INDIA**<br><br>Date: TBD<br>Time: TBD<br>Ctrm: 8<br>Judge: Chief Magistrate Edmund F. Brennan |

TO THE INDIAN CENTRAL AUTHORITY:

The United States District Court for the Eastern District of California presents its compliments to the Indian Central Authority and requests international judicial assistance to have U.S. citizen Ranbir Khera testify, in person or via video, at an evidentiary hearing in this matter.

This request is made pursuant to the Hague Convention of 18 March 1970 on the taking of Evidence Abroad in Civil and Commercial Matters; Rule 4(f)(2)(B) of the Federal Rules of Civil Procedure; the All Writs Act, 28 U.S.C. § 1651; 28 U.S.C. § 1781 (permitting the transmittal of letters of request through district courts); Article 5(j), Vienna Convention on Consular Relations, April 24, 1963; 21 U.S.T. 77; 596 U.N.T.S 261; T.I.A.S 6820. The United States District Court for the Eastern District of California is a competent court of law and equity that properly has jurisdiction over this proceeding and the power to compel the production of documents both within and outside its jurisdiction. Ranbir Khera, a U.S. national currently living in India, has in his possession and control information necessary to the litigation in this case.

The information gained through a deposition as well as Mr. Khera's testimony at an evidentiary hearing in this matter is relevant to the claims and defenses made in this case. Movant Manjit Rai has filed a Petition of Habeas Corpus alleging she was illegally and unconstitutionally convicted of certain crimes and that her conviction is illegal and unconstitutional based on the statements and conduct of Ranbir Khera and one other witness.

Ranbir Khera's last known address in India is:

> Ranbir Khera
> 38, Sector IV Ranjit Avenue
> Amritsar, India

This letter of request is made with the understanding that it will in no way require any person to violate any laws of the Republic of India. In the proper exercise of its authority, this Court has determined that the deposition and testimony of Ranbir Khera cannot be secured except by intervention of the Indian Central Authority.

## **LETTER OF REQUEST**

TO THE INDIAN CENTRAL AUTHORITY:

1. Sender:	Kresta Nora Daly
	Barth Daly LLP
	2810 Fifth Street
	Davis, CA 95618
	Telephone: +1 916 440 8600

	As authorized by:

	The Honorable Edmund F. Brennan
	United States Magistrate Judge
	United States District Court for the
	 Eastern District of California
	501 "I" Street
	Sacramento, CA 95814
	Telephone: +1 916 930 4000

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

| | | |
|---|---|---|
| 2. | Central Authority of the Requested State: | Central Authority<br>The Ministry of Law and Justice<br>Department of Legal Affairs<br>Room No. 439-A, 4th Floor A-Wing,<br>  Shastri Bhavan<br>New Delhi<br>110 001 India<br><br>Contact Person:<br>Mr. R. K. Srivastava<br>Deputy Legal Adviser<br>Telephone: +91 (11) 2338 7543<br>E-mail: rksrivastava.dla@nic.in |
| 3. | Person to whom the executed request is to be returned: | Kresta Nora Daly<br>Barth Daly LLP<br>2810 Fifth Street<br>Davis, CA 95618<br>Telephone: +1 916 440 8600 |
| 4. | Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request: | September 28, 2020, or as soon thereafter as possible. |
| 5. | Reason for urgency: | To allow the parties the opportunity to analyze the testimony and use it at the evidentiary hearing in this matter. |

**IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION THE UNDERSIGNED APPLICANT HAS THE HONOR TO SUBMIT THE FOLLOWING REQUEST:**

| | | |
|---|---|---|
| 5(a) | Requesting Judicial Authority: | United States District Court for the<br>  Eastern District of California<br>501 "I" Street<br>Sacramento, California 95814<br>Telephone: +1 916 930 4000 |
| 5(b) | To the competent authority of: | The Republic of India |
| 5(c) | Name of the case and any identifying number: | *United States v. Caza, et al.,* United States District Court for the Eastern District of California Case No. 2:06-cr-00058-JAM-EFB. |

| | | | |
|---|---|---|---|
| 1 | 6. | Plaintiff: | United States of America |
| 2 | | Plaintiff's Representatives: | Victoria Boesch |
| 3 | | | Amy Schuller Hitchcock |
| | | | United States Attorney's Office |
| 4 | | | Robert T. Matsui United States Courthouse |
| | | | 501 I Street, Suite 10-100 |
| 5 | | | Sacramento, CA 95814 |
| | | | Telephone: +1 916 554 2700 |
| 6 | 7. | Defendants related to this request: | Manjit Rai and Jagdip Sekhon |
| 7 | | | |
| | | Manjit Rai's representative: | Kresta Nora Daly |
| 8 | | | Barth Daly LLP |
| | | | 2810 Fifth Street |
| 9 | | | Davis, CA 95618 |
| | | | Telephone: +1 916 440 8600 |
| 10 | | | |
| | | Jagdip Sekhon's representative: | Erin Radekin |
| 11 | | | 1001 G Street, Suite 107 |
| | | | Sacramento, CA 95814 |
| 12 | | | Telephone: +1 916 504 3931 |
| 13 | 8. | Other parties: | N/A |
| 14 | 9. | Nature of Proceedings: | The requested information will be used in an evidentiary hearing regarding Ms. Rai and Mr. Sekhon's claims that their constitutional rights were violated in a trial that took place in 2009. |

Ms. Rai and Mr. Sekhon argue the government knowingly presented false testimony from Agent Webster and witness Ranbir Khera. Khera was then an Indian national who sought immigration assistance from Sekhon & Sekhon in 2000. Khera testified he met with Jagprit Sekhon, signed several documents and received an asylum application from the firm by mail. He testified the application was false. Khera subsequently married a U.S. citizen, Sarbjit Kaur, and sought an adjustment to his immigration status based on his marriage. In 2005 Khera was referred to the Sacramento ICE office where he met Immigration and Customs Enforcement Agent Carol Webster for the first time.

Ms. Rai and Mr. Sekhon claim that Khera and Webster lied at trial regarding their interactions. At trial both Khera and Webster testified Sarbjit Kaur, Khera's then-wife, was present at a 2005 meeting in Sacramento. Webster testified that based on her observations of the interactions between Kaur and Khera she was confident their marriage was bona fide. Sarbjit Kaur has since filed a declaration with the court stating, under penalty of perjury, she was not present at that or any other

- 4 -

LETTER OF REQUEST [Case No. 2:06-CR-00058-JAM-EFB]

meeting with Carol Webster.

Kaur and Khera assert that they both recall a 2003 interview in San Francisco with an immigration officer (later identified as Brigido Villalon) to establish their marriage bona fide. Based on that interview Villalon referred Khera's file for a fraud investigation. In late 2006 Carol Webster sent a memorandum to the Fresno ICE office requesting Khera's immigration status be adjudicated. The memorandum describes Khera as a "key witness in an ongoing ICE criminal investigation regarding the preparers of his asylum application" and notes the information he provided was "crucial to the indictment of three attorneys in an asylum fraud ring." Ms. Rai and Mr. Sekhon argue that this language evidences the undisclosed benefit Khera received for his testimony.

Ms. Rai and Mr. Sekhon allege the government violated its constitutional obligations in two ways:

1. That the government failed to inform the defense that Khera had been granted lawful permanent residency in exchange for his testimony in violation of *Brady v. Maryland*, 373 U.S. 83 (1963), and;

2. That the government knowingly presenting false evidence in violation of Napue v. Illinois, 360 U.S. 264 (1959).

The United States government denies these allegations.

| | | |
|---|---|---|
| 9(a) | Evidence to be obtained or other judicial acts to be performed: | It is respectfully requested that the Indian Central Authority compel Ranbir Khera to be deposed. |
| 9(b) | Purpose of the judicial act sought: | To preserve Mr. Khera's testimony for use at the evidentiary hearing in this case. |
| 10. | Identity and address of any person to be examined: | Ranbir Khera<br>38 Sector IV Ranjit Avenue<br>Amritsar, India<br><br>Date of Birth: 20 March 1978<br><br>Son of Raghbir and Daljit Khera |
| 11. | Questions to be put to the person to be examined or statement of the subject matter about which they are to be examined: | The above- described interactions with Sarbjit Kaur and Carol Webster, his prior marriage to Maribel Diaz, the reasons why he left the United States. |

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

| | | | |
|---|---|---|---|
| 1 | 12. | Documents or other property to be inspected: | N/A |
| 2 | | | |
| 3 | 13. | Any requirement that the evidence be given an oath or affirmation and any special form to be used: | United States law requires deposition answers be made under penalty of perjury. |
| 4 | | | |
| 5 | 14. | Special method or procedures to be followed: | N/A |
| 6 | | | |
| 7 | 15. | Request for notification of the time and place for the execution of the Letter of Request and address of any persons to be notified: | United States District Court for the Eastern District of California<br>Attention: Magistrate Judge Brennan<br>501 "I" Street<br>Sacramento, CA 95814<br>Telephone: +1 916 930 4000 |
| 8 | | | |
| 9 | | | |
| 10 | | | Victoria Boesch<br>Amy Schuller Hitchcock<br>United States Attorney's Office<br>Robert T. Matsui United States Courthouse<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: +1 916 554 2700 |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | Jagdip Sekhon<br>c/o Erin Radekin<br>1001 G Street, Suite 107<br>Sacramento, CA 95814<br>Telephone: +1 916 504 3931 |
| 15 | | | |
| 16 | | | |
| 17 | | | Manjit Rai<br>c/o Kresta Nora Daly<br>Barth Daly LLP<br>2810 Fifth Street<br>Davis, CA 95618<br>Telephone: +1 916 440 8600 |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | 16. | Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request: | N/A |
| 22 | | | |
| 23 | | | |
| 24 | 17. | Specification of privilege or duty to refuse to give evidence under the laws of the State of origin: | Under the United States constitution Ranbir Khera has a fifth amendment right to refuse to answer any question put to him if he believes the answer may tend to incriminate him. |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |

| | | |
|---|---|---|
| 18. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by: | Kresta Nora Daly<br>Barth Daly LLP<br>2810 Fifth Street<br>Davis, CA 95618<br>Telephone: +1 916 440 8600 |
| 19. | Reciprocity regarding Letter of Request: | The United States District Court for the Eastern District of California will honor similar requests from the Republic of India. |
| 20. | Date of request: | April 6, 2020. |
| 21. | Signature and seal of the requesting authority: | *[signature]*<br>EDMUND F. BRENNAN<br>CHIEF MAGISTRATE JUDGE<br>UNITED STATES DISTRICT COURT |

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28