UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JAGDIP SINGH SEKHON, MANJIT KAUR RAI,<br><br>Movants. | No. 2:06-cr-0058-JAM-EFB P<br><br>ORDER AFTER HEARING |

On May 20, 2020, the parties appeared before the court for a hearing on movant Sekhon's motion to compel. ECF No. 823. Counsel for both movants and the government appeared telephonically. Attorney Erin Radekin appeared on behalf of movant Sekhon; Attorney Kresta Daly appeared on behalf of movant Rai. Assistant United States Attorneys Amy Hitchcock and Victoria Boesch appeared on behalf of the government.

As noted at the hearing, the motion to compel implicated six items – three requests for production and three requests for admission. With respect to items one through three – the requests for production, the court ordered as follows:

- With respect to the first request for production, the court ordered the government to perform a search for relevant records by using supervisor names

1

     – Paul Felix and Diana Castaneda.  That supplement should be certified and be accompanied by a declaration from someone with personal knowledge which describes how the search was performed and the results of that search.  Those items are due on July 20, 2020.

- With respect to the second request for production, the court ordered the government to supplement its initial response by conducting a thorough search for any email or facsimile transmission of Ranbir Khera's immigration file to Officer Guadamuz during the trial in 2009.  That supplement should be certified and be accompanied by a declaration from someone with personal knowledge which describes how the search was performed and the results of that search.  This supplement is also due on July 20, 2020.

- Similar to the first two requests for production, the court directed the government to perform a search for Carol Webster's purported written accounts of her alleged discussion with Officer Guadamuz during the 2009 trial.  As before, the supplement should be certified and be accompanied by a declaration from someone with personal knowledge which describes how the search was performed and the results of that search.  This supplement is also due on July 20, 2020.

Turning to the requests for admission, the court directed the government to respond to the first request for admission which asked for a denial or admission as to whether DHS Officer Brigido Villalon's referral for an investigation into the bona fides of Ranbir Khera's marriage was pending when Khera's file was transferred from the San Francisco DHS Office to the prosecution in this case in September 2003.  The court denied the motion to compel as to the other two requests for admission.

Finally, the court, after conferring with the parties, set a new scheduling order for summary judgment motions in this case.  The schedule will be as follows:

- Summary judgment motions and opening briefs must be filed by September 23, 2020.

- Oppositions are due by October 14, 2020.
- Replies are due October 21, 2020.
- The motion(s) will be heard on November 4, 2020.

So Ordered.

DATED: May 20, 2020.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE