UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent,<br><br>v.<br><br>JAGDIP SINGH SEKHON, MANJIT KAUR RAI,<br><br>  Movants. | No.  2:06-cr-0058-JAM-EFB P<br><br><br>ORDER |

Movant Sekhon, through his counsel, has moved to modify the briefing schedule and date of the evidentiary hearing in this case. ECF No. 859. The proposed modified dates for briefing are: (1) October 7, 2020 for motions for summary judgment and opening briefs; (2) oppositions to the foregoing by November 4, 2020; and (3) replies to the oppositions by November 12, 2020. *Id.* at 2. The hearing on the motions for summary judgment would now occur on November 18, 2020. *Id.* Sekhon states that these extensions are necessary to review discovery items received from the government on September 18, 2020 and to prepare briefing related to the upcoming motions for summary judgment. *Id.*

For its part, the government has no objection to the scheduling modifications. *Id.* Movant Rai and her counsel do, however, object to the modifications. *Id.* The substance of Rai's

objections is not contained in the instant motion and her counsel has communicated to the court that she will not be filing any separate objections.

Accordingly, movant Sekhon's motion for extension of time (ECF No. 859) is GRANTED.   The briefing schedule and hearing on the motions are modified as follows:

(1) Motions for summary judgment and opening briefs shall be filed on or before October 7, 2020;

(2) Oppositions to the foregoing shall be filed on or before November 4, 2020;

(3) Replies to the oppositions shall be filed on or before November 12, 2020; an

(4) Hearing on the motions for summary judgment is set for November 18, 2020, at 10:00 a.m. (via Zoom web application.)

If summary judgment is denied, in part or in full, an evidentiary hearing will be set. Counsel shall be prepared to address dates for scheduling of the evidentiary hearing at the November 18, 2020 hearing.

SO ORDERED.

DATED:  September 21, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE