**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:  (916) 447-2988

Attorney for Defenadnt/Movant
JAGDIP SINGH SEKHON

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-00058-JAM-EFB |
| Plaintiff/ Respondent, | |
| v. | [~~PROPOSED~~] ORDER |
| JAGDIP SINGH SEKHON, | |
| Defendant/Movant. | |

Good cause appearing, movant Jagdip Sekhon's Motion to Accept Late-Filed Reply to Statement of Undisputed Facts in Support of Movant Sekhon's Motion for Summary Judgment and Amended Exhibits is granted. Movant Sekhon's Reply Statement of Undisputed Facts in Support of Movant Sekhon's Motion for Summary Judgment, ECF No. 894, and Amended Exhibits 1 – 10 are deemed timely filed.

IT IS SO FOUND AND ORDERED this 29th day of January, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE