1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No.  2:06-cr-0058-JAM-EFB P

12                    Respondent,

13        v.                                       ORDER AFTER HEARING AND FINDINGS
                                                   AND RECOMMENDATIONS
14   JAGDIP SINGH SEKHON, MANJIT
     KAUR RAI,
15
                      Movants.
16

17

18        On February 9, 2021, the parties appeared before the court for a hearing on movants'

19   motions for summary judgment.  ECF Nos. 863 & 864.  Counsel for both movants and the

20   government appeared via Zoom video application.   Attorney Erin Radekin appeared on behalf of

21   movant Sekhon; Attorney Kresta Daly appeared on behalf of movant Rai.  Assistant United States

22   Attorneys Katherine Lydon and Victoria Boesch appeared on behalf of the government.  As the

23   court stated on the record, genuine disputes of material fact remain.  The court previously

24   determined that material factual disputes as to the *Napue* and *Brady* claims[1] must be resolved by

25   way of an evidentiary hearing.  *See* ECF No. 671.  Although movants have obtained considerable

26   discovery evidence that has been submitted on this motion, credibility issues remain that cannot

27   _____

28        [1] *See Napue v. Illinois*, 360 U.S. 264 at 269 (1959) and *Brady v. Maryland*, 373 U.S. 83
     (1962).

                                              1

1  be resolved on summary judgment.  Accordingly, it is recommended that movants' motions for

2  summary judgment be denied.

3       As stated at the hearing, the parties shall meet and confer as to when and how to proceed

4  with the evidentiary hearing in this case.  Both parties shall file status reports by February 16,

5  2021.  Those status reports should include: (1) witness lists; (2) suitable dates for the hearing; (3)

6  estimates of how many days will be necessary for the hearing; and (4) special considerations, if

7  any, that should be accounted for in conducting the hearing on Zoom (or similar application).  As

8  discussed at the hearing, the government may also use its status report to brief its argument that

9  the evidentiary hearing should be limited in scope.  Movants may respond to those arguments

10  within fourteen days of the filing of the status report.  The government may file a reply within

11  seven days of movants' response.

12       Accordingly, it is ORDERED that the parties shall file status reports consistent with this

13  order by February 16, 2021.

14       Further, it is RECOMMENDED that movants' motions for summary judgment, ECF Nos.

15  863 & 864, be DENIED.

16       These findings and recommendations are submitted to the United States District Judge

17  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

18  after being served with these findings and recommendations, any party may file written

19  objections with the court and serve a copy on all parties.  Such a document should be captioned

20  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

21  within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

22  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

23  DATED:  February 12, 2021.

24

25                      EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE

26

27

28